UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI BENSON,<br><br>            Plaintiff(s),<br><br>    v.<br><br>CAPITAL MANAGEMENT SERVICES, LP,,<br><br>            Defendant(s). | No. C10-0214 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: February 9, 2010

 _____
 Bernard Zimmerman
 United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\BENSON COD DISM ORD.wpd

1